# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mahan, James C. | District of Nevada | 09/10/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (nominee) | X Nomination, Date 09/10/2001 <br> ___ Initial  ___ Annual  ___ Final | 01/01/2000 to 08/31/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 200 South Third Street <br> Department XII <br> Las Vegas, Nevada 89155 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Director | Habitat for Humanity Las Vegas |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 12/31/99 | Mahan & Ellis earned but unpaid compensation (No control) |
| 2 | 12/31/89 | Mahan & Ellis Profit Sharing Plan |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 12/31/99 | Mahan & Ellis | 30,414.00 |
| 2 | 12/31/99 | State of Nevada, Administrative Office of the Courts | 78,630.00 |
| 3 | 12/31/00 | State of Nevada, Administrative Office of the Courts | 98,018.00 |
| 4 | 7/20/02 | State of Nevada, Administrative Office of the Courts | 57,527.56 |

AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mahan, James C. | Nevada District Court | 09/10/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (nominee | X Nomination, Date 09/10/2001 <br> ___ Initial ___ Annual ___ Final | 01/01/2000 to 08/31/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 200 South Third Street <br><br> Department XII <br><br> Las Vegas, Nevada  89155 | Reviewing Officer _____  Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

☐ **NONE** (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Director | Habitat for Humanity Las Vegas |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

☐ **NONE** (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 12/31/99 | Mahan & Ellis earned but unpaid compensation (No control) |
| 2 | 12/31/89 | Mahan & Ellis Profit Sharing Plan |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☐ **NONE** (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 12/31/99 | Mahan & Ellis | 30,414.00 |
| 2 | 12/31/99 | State of Nevada, Administrative Office of the Courts | 78,630.00 |
| 3 | 12/31/00 | State of Nevada, Administrative Office of the Courts | 98,018.00 |
| 4 | 7/20/02 | State of Nevada, Administrative Office of the Courts | 57,527.56 |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Mahan, James C. | 09/10/2001 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | First USA Bank | Revolving credit card | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Mahan, James C. | 09/10/2001 |

## VII. Page 1  INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Mahan & Ellis Profit Sharing Plan | D | Interest | M | T | Exempt | | | | |
| 2  -American Balanced Fund | | | | | Exempt | | | | |
| 3  -Franklin Income Fund Class I | | | | | Exempt | | | | |
| 4  -Income Fund of America | | | | | Exempt | | | | |
| 5  -Pilgrim Prime Rate Trust | | | | | Exempt | | | | |
| 6  -Cronos IEA Fund XII | | | | | Exempt | | | | |
| 7  -Inland Capital | | | | | Exempt | | | | |
| 8  -Mandalay Bay Resorts common stock (100 shares) | | | | | Exempt | | | | |
| 9  -Mirage Resorts common stock | | | | | Exempt | | | | |
| 10  -Inland Monthly Income Fund II | | | | | Exempt | | | | |
| 11  -Windsor Park Properties | | | | | Exempt | | | | |
| 12  -Delaware Medallion variable annuity | | | | | Exempt | | | | |
| 13  -Linsco/Private Ledger Brokerage Account | | | | | Exempt | | | | |
| 14  Law office at 510 South 9th Street, Las Vegas, Nv. | E | Rent | | | Exempt | | | | |
| 15  Mandalay Resorts common stock (600 shares) | | None | K | T | Exempt | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | |
|---|---|
| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,000-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market   U=Book Value   V=Other   W=Estimated |